UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL NORTH AMERICA INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>Defendant. | Case No. 1:24-cv-00369-KES-HBK<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND CERTAIN DEADLINES IN CASE MANAGEMENT AND SCHEDULING ORDER<br><br>(Doc. No. 18) |

On February 27, 2025, the parties filed a stipulated motion seeking to extend certain deadlines to the July 11, 2024 Case Management and Scheduling Order. (Doc. No. 18). Therein, the parties advise of the status of discovery and the need to extend the discovery deadlines. (*See generally*, *Id*.). The Court finds good cause to grant an extension to certain deadlines in the Case Management Scheduling Order. Fed. R. Civ. P. 16(b)(4). The extension to the dispositive deadline date does not necessitate an extension to the pretrial or trial dates.

Accordingly, it is **ORDERED:**

1. The parties' stipulated motion to extend certain deadlines in the Case Management and Scheduling Order (Doc. No. 18) is GRANTED to the extent set forth herein.

2. The following modified dates shall govern the management of this action:

    a. Deadline to complete non-expert discovery is extended to **April 18, 2025**.

b.  Deadline to disclose expert reports is extended to **May 21, 2025**.

c.  Deadline to disclose expert rebuttal reports is extended to **June 20, 2025**.

d.  Deadline for expert discovery is extended to **July 22, 2025**.

e.  Deadline to file pre-trial dispositive motions is extended to **September 5, 2025**.

3. The procedures and remaining deadlines set forth in the July 11, 2024 Case Management and Scheduling Order (Doc. No. 11) will otherwise govern this action.

Dated:  February 27, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2